IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GEORGE E. JOHNSON                                                                            PLAINTIFF

Vs.                                         CASE NO.  4:11cv00128 JMM

UNITED STATES DEPARTMENT
OF ARMY, Secretary                                                                          DEFENDANT


### ORDER

On February 22, 2011, the Court denied Plaintiff's motion to proceed in forma pauperis and ordered Plaintiff to submit the $350.00 filing fee.  Plaintiff has not paid the filing fee.  Pursuant to Rule 41(a)(2), the Court finds that the case must be involuntarily dismissed without prejudice for failure to follow the Court's Order and failure to pay the filing fee.  *See Link v. Wabash Railroad Co.,* 370 U.S. 626, 82 S.Ct. 1386 (1962).  The Clerk is directed to close the case.

IT IS SO ORDERED this 10th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE